United States Court of Appeals

For the Eighth Circuit

_____

No. 22-3176
_____

United States of America

*Plaintiff - Appellee*

v.

Uriel Ramirez-Manzanares

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas
_____

Submitted: March 29, 2023
Filed: April 7, 2023
[Unpublished]
_____

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Uriel Ramirez-Manzanares appeals the sentence imposed by the district court[1]
after he pled guilty to possessing methamphetamine with intent to distribute, pursuant

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for
the Western District of Arkansas.

to a plea agreement that includes an appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the sentencing issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing validity and applicability of appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (holding an appeal waiver should be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered in the plea agreement, and its enforcement would not result in a miscarriage of justice). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw, and we dismiss the appeal.

_____